■ ART CAPITAL PARTNERS, LP, et al., Respondents, v TYCO ACQUISITION CORP. XVIII, Now Known as M/A-COM TECH HOLDINGS, INC., et al., Appellants. [807 NYS2d 897]—Appeal from an order of the Supreme Court, Erie County (Joseph G. Makowski, J.), entered December 29, 2004. The order, insofar as appealed from, denied in part defendants' motion to dismiss certain causes of action.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed with costs for reasons stated in decision at Supreme Court. Present—Hurlbutt, J.P., Scudder, Gorski, Green and Hayes, JJ.